JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAUL COBARRUBIAS., | ) | Case No.  CV 10-5560 DSF (OPx) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| HSBC BANK USA, N.A., | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, and that the action be dismissed without prejudice.

Dated: _____   1/7/11

_____
Dale S. Fischer
United States District Judge